IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

H.B., a minor by and through her next friend
and parents, BARRY M. BRANUM and
HELEN BRANUM,

    Plaintiff,

v.                                                                   No. 12-1010 B

SANDRA HARPER, et al.,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION
AND REMANDING CASE TO STATE COURT
_____

    Pursuant to an order of reference entered on April 25, 2012, the magistrate judge issued a report and recommendation dated May 14, 2012 (D.E. 22) on the motion of the Plaintiff, H.B., a minor by and through her next friend and parents, Barry J. Branum and Helen Branum, to remand this matter to state court (D.E. 6).  The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge.  No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.  It is therefore ORDERED that the magistrate judge's report and recommendation is hereby ADOPTED and this matter is REMANDED.

    IT IS SO ORDERED this 14th day of June 2012.

                                                         s/ J. DANIEL BREEN
                                                          UNITED STATES DISTRICT JUDGE